UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY /6 __ D.C.

05 JUL 20 AM 10: 05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

**THOMAS J. NEWSOME**                          **JUDGMENT IN A CIVIL CASE**

v.

**RONNIE COLE**                                **CASE NO: 05-2013-D**

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on July 13, 2005, this cause is hereby dismissed without prejudice.

**APPROVED:**

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

Date  July 19, 2005

THOMAS M. GOULD

Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7/21/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02013 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

Thomas J. Newsome
WEST TENNESSEE STATE PENITENTIARY
109748
P.O. Box 1150
Henning, TN 38041

Honorable Bernice Donald
US DISTRICT COURT